Quintin LITTLEJOHN, Plaintiff—
Appellant,

v.

Charles COKE, of Kingston, Jamaica,
Defendant—Appellee.

No. 10–1766.

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 28, 2010.

Decided: Oct. 1, 2010.

Quintin Littlejohn, Appellant Pro Se.

Before WILKINSON, SHEDD, and
DAVIS, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Quintin Littlejohn appeals the district
court's order adopting the magistrate
judge's recommendation to dismiss Little-
john's civil action without prejudice.* In a
notice attached to the report and recom-
mendation, the magistrate judge advised
Littlejohn that failure to file timely objec-
tions to the recommendation could waive
appellate review of a district court order
based upon the recommendation.

The timely filing of specific objections to
a magistrate judge's recommendation is
necessary to preserve appellate review of
the substance of that recommendation
when the parties have been warned of the
consequences of noncompliance. *Wright v.
Collins,* 766 F.2d 841, 845–46 (4th Cir.
1985); *see also Thomas v. Arn,* 474 U.S.
140, 106 S.Ct. 466, 88 L.Ed.2d 435 (1985).
Littlejohn has waived appellate review by
failing to file objections after receiving
proper notice. Accordingly, we affirm the
judgment of the district court.

We dispense with oral argument because
the facts and legal contentions are ade-
quately presented in the materials before
the court and argument would not aid the
decisional process.

*AFFIRMED.*

* The district court referred this case to a mag-
istrate judge pursuant to 28 U.S.C.A.
§ 636(b)(1)(B) (West 2006 & Supp.2010).